In the Matter of the Application of the New York, West Shore and Buffalo Railway Company to acquire lands owned by William A. Judson and others. — Motion for reargument denied. Leave granted to apply at Special Term for the appointment of new commissioners.

James M. Holt, Jr., by Guardian, Appellant, v. Erastus W. Kent and others, Respondents. — Judgment affirmed, with costs, on the opinion of the referee, and mem. of Hardin, P J.

## THIRD DEPARTMENT, NOVEMBER TERM, 1885.

James W. Chrystal, an Infant by guardian Respondent, v. The Troy and Boston Railroad Company, Appellants. — Judgment and order affirmed, with costs. Opinion by Learned, P. J.

The People of the State of New York, Respondent, v. Charles G. Sherman and others, Appellants. — Judgment and conviction affirmed. Opinion by Landon, J.

Arthur Young, Respondent, v. Eli Harcourt and another, Appellants. — Judgment reversed, new trial granted, and referee discharged, costs to abide event. Opinion by Learned, P. J.

In the Matter of the sale of the real estate of John P. Dodge, deceased.— Reargument ordered.

Catharine Shook, Respondent, v. The City of Cohoes, Appellant. — Judgment and order affirmed, with costs. Opinion by Landon, J.

Samuel A. Foster, Plaintiff, v. The New York Central and Hudson River Railroad Company, Defendant. — Motion for new trial denied, with costs. Opinion by Learned, P. J.

Christopher G. Dunn, Plaintiff, v. The New York Central and Hudson River Railroad Company, Defendant. — Motion for new trial denied, with costs. Opinion by Learned, P. J.

David H. Flack and others, Appellants, v. The Village of Green Island, Respondent.—Reargument ordered.

John M. Helck, Administrator, etc., Appellant, v. Henry Reinheimer and others, Respondents. — Reargument ordered.

Walter S. Church, Respondent, v. Newton Ketcham, Appellant. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Albert Huncken and another, Respondents, v. Emily Knocke, Appellant. — Judgment and order affirmed, with costs. Opinion by Landon, J.

Catharine Draper, Respondent, v. The Delaware and Hudson Canal Company, Appellant. — Judgment reversed, new trial granted, costs to abide event. Opinion by Learned, P. J.

Eli Tinklepaugh, Respondent, v. Chester Miller, Appellant. — Judgment and order affirmed, with costs. Opinion by Landon, J.

James J. O'Dea, Plaintiff, v. James A. Norcross, Defendant. — Motion for reargument denied, with ten dollars costs. Opinion by Learned, P. J.

Agnes E. Abel, Executrix, etc., Plaintiff, v. The Delaware and Hudson Canal Company, Defendant. — Motion for new trial denied, with costs, and judgment ordered for defendant. Opinion by Bockes, J.

Alexander Selkirk, Plaintiff, v. Wheeler-Melick Company, Defendant. — Judgment and order affirmed, with costs. Opinion by Learned, P. J.

Sabrina Kaveny, Respondent, v. The City of Troy, Appellant. — Judgment and order affirmed, with costs. Opinion by Learned, P. J.

The People of the State of New York, Respondent, v. Matthew Urban, Appellant. — Judgment and conviction reversed, and defendant discharged. Opinion by Landon, J.

William Swatling, Appellant, v. Felix Weinbrecht, Respondent.—Judgment affirmed, with costs. Opinion by Bockes, J.

Elizabeth Coggshal, Respondent, v. Daniel T. Steele, Appellant. — Judgment reversed, new trial granted, costs to abide event. Opinion by Learned, P. J.

Sarah A. Wood, Plaintiff, v. Jeremiah Young and another, Defendants. — Judgment and order affirmed, with costs. Opinion by Landon, J.

Maria G. Winne, Respondent, v. The Ulster County Savings Institution, Appellant. — Motion for leave to go to Court of Appeals denied, with ten dollars costs.

Samuel Bigelow, as Executor, etc., Appellant, v. Elisha P. Abbott and others, Respondents. — Motion to correct order denied. Motion for reargument denied.

The People of the State of New York ex rel. Charles F. Dowd v. Cornelius Fonda and another. Same v. Lewis Wood. — Judgments and orders affirmed, with costs of one appeal. Opinion by Learned, P. J.; Bockes, J., not acting.

Constance B. Price, Plaintiff, v. Stephen Brown and others, Defendants. — Order modified, according to opinion. Opinions by Learned, P. J., and Landon, J., and by Bockes, J., dissenting.

William F. Howard, Respondent, v. The Pennsylvania Fire Insurance Company, Appellant. — Order affirmed, with ten dollars costs, and printing disbursements. Opinion by Bockes, J.

Samuel Taylor, Appellant, v. John Mitchell and others, Respondents. — Order affirmed, with ten dollars costs and printing disbursements.

Olney L. Carpenter, Respondent, v. The Boston and Albany Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Landon, J.; Learned, P. J., not acting.

Edwin R. Hawkins and another, Appellants, v. Joseph Langloss and another, Respondents. — Judgment and order affirmed, with costs. Mem. by Learned, P. J.

Horace Inman, Respondent, v. Lewis E. Harrower and another, Appellants. — Judgment affirmed, with costs. Mem. by Learned, P. J.

Leonard Y. Gardiner and another, Plaintiffs, v. Gabriel Schwab and others, Defendants. — Judgment affirmed, with costs. Opinion by Bockes, J.

In the Matter of the Accounting of Susan Schoonmaker, Administratrix, etc.— Decree affirmed, with costs against appellant.

Porter G. Denison, Appellant, v. William F. Taylor, Respondent. — Judgment reversed, new trial granted, costs to abide event. Opinion by Learned, P. J.

David H. Van Gelder v. James H. Van Gelder.

David H. Van Gelder and Jacob Van Gelder v. James H. Van Gelder. — Order reversed as to Jacob Van Gelder, with ten dollars costs and printing disbursements, and motion denied as to him, with ten dollars costs. Opinion by Landon, J.; to be settled by Landon J.; Bockes, J., not acting.

James Mingay and others, Plaintiffs, v. The Holly Manufacturing Company, Defendant. — Order modified by reducing allowance to $500.